M. P. No. 922. LAWRENCE M. LeCLAIR et al. v. HONORABLE STEPHEN A. FANNING et al. Motion for leave to file petition for writ of certiorari granted, case consolidated for hearing in Supreme Court with State of Rhode Island v. Ricci, M. P. No. 900. Curran & Rogers, Charles J. Rogers, Jr., Robert G. Pariseault, Berge Gregian, Raymond J. Daniels, for petitioners. Herbert F. DeSimone, Attorney General, Donald P. Ryan, Asst. Attorney General, for respondents.

M. P. No. 941. IN RE THOMAS ROBERT ROSS. Petitioner's motion for appointment of counsel remanded to Superior Court with direction to proceed forthwith to consider whether or not counsel other than Public Defender should be appointed to represent petitioner in further prosecution of certain motions filed in Superior Court on or about February 16, 1967 and presently pending therein. Thomas Robert Ross, petitioner, pro se.

APPEAL No. 643. ROBERT T. FLYNN v. GRACE C. PEARCE, Administratrix. Motion for leave to reargue denied. Fred Brosco, Robert T. Flynn, for plaintiff. Isidore Kirshenbaum, Alfred Factor, for defendant.

APPEAL No. 799. PATRICIA DEVEREAUX v. GIBSON'S, INC. d/b/a McGARRY's, INC. Appellee's motion granted, and pursuant thereto appellant's appeal from Superior Court Order of September 18, 1969 dismissing appeal No. 799-A will be filed and docketed with direction that a number be assigned thereto by the Clerk of Supreme Court. Both appellant and appellee required to file briefs in accordance with Rules of Court, appeal to be consolidated for hearing with Devereaux v. Gibson's, Inc., No. 799-A. Samuel A. Olevson, for plaintiff-appellant. Roberts & McMahon, Dennis J. Roberts, II, for defendant-appellee.